No. 496. WAITE ET AL. *v.* UNITED STATES;

No. 497. SAME *v.* CROOKS, COLLECTOR OF INTERNAL REVENUE; and

No. 498. HIBBARD, ADMINISTRATRIX, ET AL. *v.* CROOKS, COLLECTOR OF INTERNAL REVENUE. January 13, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Allen Mc-Reynolds* for petitioners. *Solicitor General Hughes, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, M. K. Rothschild, W. Marvin Smith, Clarence M. Charest,* and *Ottamar Hamele* for respondents.

No. 502. HOFFER OIL CORP'N *v.* CARPENTER. January 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Leonard M. Levy* for petitioner. *Mr. Stephen A. George* for respondent.

No. 504. ILLINOIS CENTRAL R. Co. *v.* CITY OF MAYFIELD ET AL. January 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied: *Messrs. Edmund F. Trabue, John C. Doolan, Robert V. Fletcher,* and *Charles N. Burch* for petitioner. *Mr. W. V. Gregory* for respondents.

No. 505. POWELL *v.* WASHINGTON. January 13, 1930. Petition for writ of certiorari to the Supreme Court of Washington denied. *Mr. Charles H. Miller* for petitioner. *Mr. James W. Bryan* for respondent.

No. 506. HIGHLAND MILK CONDENSING Co. *v.* PHILLIPS, COLLECTOR OF INTERNAL REVENUE. January 13,